In the Matter of MELVIN JELKS, Respondent, v KIM WRIGHT, Appellant. (Appeal No. 2.) [63 NYS3d 289]—Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered May 9, 2016 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that respondent willfully violated a prior court order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court (2016 NY Slip Op 51896[U]). Present—Smith, J.P., Carni, Curran and Winslow, JJ.